AO 91 (Rev. 08/09) Criminal Complaint

FILED
HARRISBURG, PA

MAR 18 2011

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Michael Strausbaugh<br>1946 East Berlin Road<br>New Oxford, PA 17350-9633<br><br>*Defendant(s)* | Case No. 11-MJ-047 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 28, 2010__ in the county of __Adams__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2251(a) & (b) | Sexual exploitation of children |
| 18 U.S.C. Section 2252 | Certain activities relating to material involving the sexual exploitation of minors |

This criminal complaint is based on these facts:

I, Michael J. Corricelli, United States Postal Inspector, having been duly sworn, do hereby swear and affirm the following facts as being true to the best of my knowledge, information and belief: 1. I have been a Postal Inspector with the United States Postal Inspection Service (USPIS) since March 2001 and currently assigned to the Harrisburg, PA

☑ Continued on the attached sheet.   (Continued on the attached 10 pages)

_____
Complainant's signature

Michael J. Corricelli, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/18/2011__

_____
Judge's signature

City and state: __Harrisburg, PA__      J. Andrew Smyser, United States Magistrate Judge
*Printed name and title*