AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

FILED
HARRISBURG, PA
MAR
MARY E. D'ANDREA CLERK
Per_____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1: 11-MJ-047 |
| | ) | |
| MICHAEL STRAUSBAUGH | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Federal Building & U.S. Courthouse<br>228 Walnut Street<br>Harrisburg, PA 17108 | Courtroom No.: | 5, Eleventh Floor |
|---|---|---|---|
| | | Date and Time: | March 23, 2011 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: *March 18, 2011*

_____
J. Andrew Smyser

U.S. Magistrate Judge